AUSA

FILED
FEB 04 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8103

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | Magistrate Case No.: |
| v. | ) | COMPLAINT FOR VIOLATION OF |
| Florentino DIAZ-Gonzalez, Defendant. | ) | 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

On or about February 3, 2008, within the Southern District of California, defendant Florentino DIAZ-Gonzalez did knowingly and intentionally import approximately 16.18 kilograms (35.60 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 4th DAY OF FEBRUARY, 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Florentino DIAZ-Gonzalez

STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to U.S. Immigration and Customs Enforcement Special Agent Jerry A. Conrad.

On February 3, 2008, at approximately 0825 hours, Florentino DIAZ-Gonzalez entered the United States from the Republic of Mexico via the Calexico, California, West Port of Entry. DIAZ was the driver and sole occupant of a 1994 Jeep Grand Cherokee, bearing Baja California, Mexico license plate BCC6722.

In the primary inspection area, Customs and Border Protection (CBP) Officer Negron was manning lane #2, when the aforementioned vehicle approached his lane. CBP Officer Negron received a negative Customs Declaration from DIAZ. DIAZ stated that he was naturalized United States citizen. CBP Office Negron observed that DIAZ's demeanor became docile. CBP Officer Negron referred DIAZ to the vehicle secondary for closer inspection.

In the vehicle secondary area, CBP Officer Hurtado obtained a negative oral Customs Declaration from DIAZ. CBP Canine Enforcement Officer Alba was conducting a lot sweep with his assigned Human and Narcotic Detector Dog (HNDD) "Cindy". CEO Alba informed CBP Officer Hurtado that his HNDD had alerted to the gas tank area of the vehicle. CBP Officer Hurtado escorted DIAZ was into the vehicle secondary security office for a patdown.

A subsequent inspection on the vehicle revealed numerous packages concealed within the gas tank of the vehicle. One of the packages was probed and a sample of a green leafy substance was extracted, which when field-tested it gave a positive indication for marijuana. A total of 30 packages with a combined weight of approximately 16.18 kilograms or (35.60 pounds) were removed from the vehicle.

DIAZ was placed under arrest and advised of his Miranda Rights. DIAZ stated that he knew that the vehicle contained marijuana but did not know where the marijuana was concealed within the vehicle. DIAZ further stated that he was to take the marijuana laden vehicle to Los Angeles, California and was to be paid $2,500.00 for this smuggling venture.

DIAZ was booked into the Imperial County Jail pending his initial appearance before a U.S. Magistrate Judge in El Centro, CA.